IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| SARAH THOMPSON, | * |
| Plaintiff, | * |
| v. | *   CV 621-026 |
| EQUIFAX INC., | * |
| Defendant. | * |

ORDER

Before the Court is the Parties' stipulation of dismissal with prejudice. (Doc. 26.) All Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees except as otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this 23rd day of February, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA